**Reginald L. SYDNOR, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2011–3128.

United States Court of Appeals, Federal Circuit.

June 15, 2011.

*ORDER*

Reginald L. Sydnor having complied with the court's order of June 7, 2011, 458 Fed.Appx. 900, 2011 WL 7446106, dismissing his petition for review for failure to file

a Fed. Cir. R. 15(c) Statement Concerning Discrimination,

IT IS ORDERED THAT:

(1) The court's June 7, 2011 order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Petitioner's informal brief is due on or before July 6, 2011.